UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:24-02658 ADS                                              Date:  February 26, 2025

Title:  *Milad Bozorgi, et al.  v. Anthony J. Blinken, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                                          None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE PROOF OF SERVICE AND TO FOLLOW COURT ORDERS**

On December 7, 2024, Plaintiffs filed a Complaint.  (Dkt. No. 1.)  On February 13, 2025, the Defendants filed a Stipulation Extending Time to Answer, which indicates the Complaint was served on December 16, 2024.  (Dkt. No. 7.)  On February 14, 2025, the Court ordered Plaintiffs to file a proof of service by February 21, 2025.  Plaintiffs have yet to file a proof of service as to any Defendant.

A "plaintiff must file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgment of service."  L.R. 4-6.  "Failure to file a proof of service timely may result in the imposition of sanctions against the plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service."  Id.

Plaintiffs are hereby **ORDERED TO SHOW CAUSE why sanctions should not be imposed and/or this case dismissed for failure to file proof of service and to follow court orders**.  Plaintiffs must either (1) file a proof of service as to each Defendant, or (2) file a written response.  Plaintiffs' response must be filed by no later than **March 5, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:24-02658 ADS                                              Date:  February 26, 2025

Title:  _Milad Bozorgi, et al.  v. Anthony J. Blinken, et al._

    Plaintiffs are expressly warned that failure to timely file a response to this Order to Show Cause may result in sanctions and/or dismissal of the Complaint without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Initials of Clerk kh